IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE LAFFERTY, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 21-cv-122 |
| ) | |
| v. ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| PENNSYLVANIA BOARD OF ) | |
| PROBATION AND PAROLE; ) | |
| TED JOHNSON *Chairman*; SHAWN ) | |
| ADAMCZYK *Parole Agent*; *and* ) | |
| STEVEN A. ZAPPALA *District Attorney of* ) | |
| *Allegheny County, PA* ) | |
| ) | |
| Respondents. ) | |

## ORDER

AND NOW, this 1st day of April, 2024, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and DECREED that Petitioner's Amended for a Writ of Habeas Corpus, ECF No. 20 is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order he must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Petitioner is referred to Rule 22 of the Federal Rules of Appellate Procedure and to 3d Cir.

L.A.R. 22.1 for the timing requirements for applying for a certificate of appealability from the Court of Appeals (available at https://www2.ca3.uscourts.gov/legacyfiles/2011_LAR_Final.pdf).

BY THE COURT:

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:   all counsel of record (*via* CM/ECF)